**Order filed, August 30, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00599-CR
_____

**LINDA KELLY STROTHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court Cause No. 1184913D**

---

### ORDER

The reporter's record in this case was due **July 30, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Brenda Hein**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM